01-15-00606-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 1:41:20 PM
CHRISTOPHER A. PRINE
Clerk

July 7, 2015

CHARLES A BANKER, III
ATTORNEY OF RECORD
405 MAIN STE 910
HOUSTON, TX 77002

Defendant's Name: ALFONSO SANTANA VILLA

Cause No: 752734-A

Court: 174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal on Writ of Habeas Corpus11.072 filed: 6-26-15 Ruling Made: 6-8-15**
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: CHARLES A BANKER, III**

Sincerely,

Lisa Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS

2015 JUN 26 PM 2: 42

BY_____
CRIMINAL CUSTOMER
SERVICE

**Cause No. 752734-A**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE 174TH DISTRICT** |
| | § | **COURT OF** |
| **ALFONSO SANTANA VILLA**<br>Applicant/Appellant | § | **HARRIS COUNTY, TEXAS** |

<u>APPLICANT'S NOTICE OF APPEAL</u>

COMES NOW, Alfonso S. Villa, Applicant named above, by and through his attorney of record, Charles A. Banker, III to file this Notice of Appeal to the Texas Court of Appeals and Appellant seeks to appeal the judgment entered in this case on June 2,2015, in its entirety and the State of Texas is the only Appellee in this case.

Appellant requests that this Court forward the files to the Court of Criminal Appeals to permit Appellant the right to appeal an adverse judgment in a criminal case.

Respectfully submitted,

*Charles A. Banker, III*
/s/Charles A. Banker III
Charles A. Banker III
    Fed. ID 8965
    State Bar 01676780
    cabatlaw@sbcglobal.net
    405 Main, Suite 910
    Houston, Texas 77002
    (713) 227-4100
    (713) 222-2468– FAX
    ATTORNEY FOR DEFENDANT

1

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2015, a true and correct copy of the foregoing Motion was delivered via the court's electronic filing system to the office of Assistant District Attorney assigned to handle this case.

/s/ Charles A. Banker III
Charles A. Banker III

2

*State Proposed Findings of Fact*

# APPEAL CARD

1st

Court 97413

7-11-15

Cause No. 752734 A

## The State of Texas
### Vs

Alfonso Santana Villa

6-8-15

Date Notice
Of Appeal: 6/26/2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Rubon Guerrero

Court Reporter_____

Court Reporter_____

Court Reporter_____

Attorney
on Trial_____

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense Agg. Assault w/deadly WPN

Jury Trial          Yes_____ No_____

Punishment
Assessed_____

Companion Cases
(If Known)_____

Amount of
Appeal Bond_____

Appellant
Confined:          Yes____ No____

Date Submitted
To Appeal Section_____

998

Deputy Clerk_____